STATE of Missouri, Respondent,

v.

**Kenneth D. JACKSON, Appellant.**

**No. WD 33763.**

Missouri Court of Appeals,
Western District.

Aug. 9, 1983.

Motion For Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Sept. 28, 1983.

Application to Transfer Denied
Nov. 22, 1983.

James W. Fletcher, Public Defender,
Sean D. O'Brien, Asst. Public Defender,
Kansas City, for appellant.

John Ashcroft, Atty. Gen., Sandra K.
Stratton, Asst. Atty. Gen., Jefferson City,
for respondent.

Before SOMERVILLE, P.J., TURNAGE,
C.J., and MANFORD, J.

### ORDER

PER CURIAM:

This is a direct appeal from a jury convic-
tion for stealing in violation of § 570.030,
RSMo 1978.

No jurisprudential purpose would be
served by a written opinion.

Judgment affirmed.

All concur.

Rule 30.25(b).